**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

JOHN SHIELDS,

    Plaintiff,

v.                                         Case No. 3:25-cv-377-TJC-LLL

STATE FARM MUTUAL
AUTOMOBILE INSURANCE
COMPANY,

    Defendants.

## O R D E R

This case comes before the Court sua sponte. John Shields sues State Farm for breach of contract and conversion in state court. (Doc. 4). State Farm then removed the case under 28 U.S.C. §§ 1441, 1446. (Doc. 1).

However, Shields's complaint incorporates his breach of contract claim (Count I) in his conversion claim (Count II). See (Doc. 4 ¶ 26). "[A] complaint containing multiple counts where each count adopts the allegations of all preceding counts, causing each successive county to carry all that came before and the las county to be a combination of the entire complaint" violates the Federal Rules of Civil Procedure and is generally referred to as a "shotgun pleading." Weiland v. Palm Beach Cnty. Sheriff's Off., 792 F.3d 1313, 1321 (11th Cir. 2015). As the Eleventh Circuit has deemed such shotgun complaints as

"altogether unacceptable," the trial court must strike the pleading and direct the plaintiff to replead. <u>Cramer v. State of Fla.</u>, 117 F.3d 1258, 1263 (11th Cir. 1997).

Accordingly, it is hereby

**ORDERED:**

The Complaint (Doc. 4) is **STRIKEN**. Plaintiff shall file an amended complaint consistent with the Federal Rules of Civil Procedure **no later than April 25, 2025**.

**DONE AND ORDERED** in Jacksonville, Florida, the 11th day of April, 2025.



TIMOTHY J. CORRIGAN
Senior United States District Judge

jcd
Copies:

Counsel of record

2